UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MOISES LOUINIS,
    Petitioner,

vs.

MARTIN FRIEND, WARDEN,
    Respondent.

CIVIL ACTION NO.:  _____

PETITION FOR WRIT OF HABEAS CORPUS, 28 U.S.C. § 2241(c)(3)

5-20CV0228-H

NOW COMES, Moises Louinis("Petitioner") and respectfully moves this Honorable Court for a GRANT directing Respondent to award Petitrioner "jail credit". In support thereof Petitioner would respectfully show the Court as follows:

1. Petitioner was arrested on July 7, 2014, in the Republic of Haiti for the offense of kidnapping, 18 U.S.C. § 1203.

2. On March 16, 2016, Petitioner was extradited to the United States for prosecution of said charges.

3. On November 16, 2016, Petitioner was sentenced to a term of 144 months in addition to five(5) years of supervised release.

4. Petitioner has exhausted his administrative with the Bureau of Prisons as the determing section of the Bureau has conclusively and erroneously determine that Petitioner is not entitled to relief. See Exhibit A.

5. This Circuit has recognize that a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is the appropriate vehicle in which :a sentenced prisoner attack the manner in which a sentence is carried out or the prisone authorities' determination of its fact and duration"). Pack

v Yusuff, 218 F.3d 448, 451 (5th Cir. 2000).

6. Consistent with 18 U.S.C. § 3585(a) & (b) & PS 5880.28, Petiitioner is entitled to the pre-sentence credit as he was being held in the Republic of Haiti on behalf of the Federal Bureau of Prisons.

7. Respondent in denying Petitioner jail credit is unlawfully executing the Petitioner's sentence and thus preventing Petitioner from obtaining a much speedier release.

WHEREFORE, premises considered, Petitioner prays that this Honorable Court issue an Order directing Respondent to produce the body of Petitioner before this Honorable Court for a hearing within five(5) days and/or show cause as to why the writ should not be granted.

Dated this ___ day of September, 2020.

Respectfully Submitted,

*/s/ signature*

Moises Louinis
Reg. # 09118-104
Giles W. Dalby C.F.
805 North Avenue F
Post, Texas 79356

2



**U.S. Department of Justice**

Federal Bureau of Prisons

Designation and Sentence Computation Center

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051-2412*
May 18, 2018


MEMORANDUM FOR FILE

FROM:       HAROLD MILLS
            Harold Mills, Operations Manager
            Designation and Sentence Computation Center

SUBJECT:    Louinis, Moises
            Reg. No. 09118-104

This is in response to your request for an investigation into the possibility of foreign jail credits in the case of the above subject.

Based on documents contained in the official records, inmate Louinis is not authorized credit under 18 U.S.C. §3585(b), for time detained in Haiti. The United States District Court imposed a lower sentence outside the sentencing guidelines to allow credit for twenty months spent in Haitian Prison. Therefore, he is not entitled to prior custody credit from July 7, 2014, through March 10, 2016.

Please place this memorandum in the Judgment and Commitment file for documentation.

If you have any questions, please contact the Designation and Sentence Computation Center at (972) 595-3187.


dhc

## Attachment A

## Foreign Jail Credit Questionnaire

**Inmate Name:**   Louinis, Moises

**Inmate Register Number:**   09118-104

The above inmate has requested credit for time spent in custody in a foreign country. In order to process this request, please interview the inmate and obtain answers to the following questions:

1. Were you deported from the foreign country?
   (If yes, credit would not normally be available)
   Yes, HAITI

2. Were you arrested on any local charges? If so, how were those charges resolved (e.g., dismissed, convicted with a sentence imposed of ...., etc.)?
   Yes, AFTER 2 YEARS F.B.I. PICK ME UP I HAD KIDN CHARGES IN HAITI     KIDNAPPER

3. Did you serve a sentence in the foreign country? When did you finish that foreign sentence?
   FROM JULY 7, 2014 to MARCH 10, 2016 I WAS INCARCERATED IN HAITI

4. Were you held in a foreign prison? If so, what was the name and location of the prison?
   Peniterence National D' Haiti   CAPITAL City Port-Au-Prince

5. What dates were you held in custody?
   July 7, 2014 to March 10, 2016

6. Did you use any other name in that country?  If so, what was it? NO

7. Were you assigned a prisoner number?  If so, what was it? 140715l

8. Were you ever released on any type of bond? If so, what dates were you released on bond? NO

9. Any other questions that are indicated by the answers to the above.

NO    MY questions I Need MY times bACk PleAse, because, MY FAmilies, KNOW, I HAve, 4 y, Please   PRisoNs

Once you have completed this form, please scan this form and e-mail it to DSCC staff member **Dylan Sauers, Lima Team**, at dlsauers@bop.gov.

# STEP 1

*Paso 1*

# Inmate Grievance Form

*Forma de Queja de preso*

Giles W. Dalby Correctional Facility
**OFFICE USE ONLY**
Para Uso De La Oficina Solamente

Grievance Tracking No.

Date Received
SEP 1 1 2020

Date Inmate Received

Inmate Name: Louinis, Moises            BOP #: 09118-104
*Nombre*

Housing Assignment: F3-044L
*Asignación de alojamiento*

Date of Incident: 2-15-17
*Fecha del Incidente*

Where event or incident occurred: Federal Bureau of Prisons
*Donde el acontecimiento o incidente ocurrió*

- You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. You must file your grievance within 15 days of alleged complaint.
  - *Usted debe tratar de resolver el problema con el personal antes de presentar la denuncia formal. La única excepción es cuando esta apelando los resultados de la audiencia de disciplinario. Usted debe enviar su agravio dentro 15 dias de la denuncia supuesta.*
- In accordance with the Prison Rape Elimination Act (PREA), inmate grievance alleging substantial risk of imminent sexual abuse shall be responded to immediately.
  - *De acuerdo con Prison Rape Elimination Act (PREA), el agravio de presidario alegando riesgo sustancial del abuso sexual inminente será respondido inmediatamente.*

Who did you talk to (name, title)? Case Manager Rodgers(DRJCF)    Date & Time 2019
*¿A quién se dirigió usted? (nombre, titulo)*                      *fecha y tiempo (hora)*

What action was taken? None
*¿Qué acción fue tomada?*

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.
*Indique su queja en el espacio proporcionado. Por favor explique qué, lo que, cuando, donde y número disciplinario de caso si apropia.*

The Bureau of Prisons is currently executing my sentence in an illegal manner by failing to award "jail credit" pursuant to 18 U.S.C. § 3585(a) & (b). Specifically, the facts are as follows: On July 7, 2014, I was arrested in Haiti and remained in custody until March 16, 2016, when I was arrested and extradited to the United States for the same charges. On November 16, 2016, I was sentenced to a term of 144 months. In reviewing my Sentence Computation Data Sheet I recognized that I was only awarded jail credit from 3/11/16 until 11/15/16. My calculation shows that I am being deprived of 20 months' jail credit for conduct arising out of the same incident. The failure to award jail credit is inconsistent with 18 U.S.C. § 3585(b) and 18 U.S.C. § 3624(a).

Grievance Office (06/08/2012)          PLEASE SIGN ON BACK          (OVER)
                                       *Por favor signo de atrás*

REGNO..: 09118-104 NAME: LOUINIS, MOISES

FBI NO............: XFAX18PA6           DATE OF BIRTH: 02-12-1992  AGE:  28
ARS1..............: DAL/A-DES
UNIT..............: BLDG F              QUARTERS.....: F03-044L
DETAINERS.........: YES                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-28-2025

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-28-2026 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 15-20686-CR-LENARD
JUDGE...........................: LENARD
DATE SENTENCED/PROBATION IMPOSED: 11-16-2016
DATE COMMITTED..................: 02-15-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   213     18:1203 KIDNAPING, HOSTAGE      FSA INELIGIBLE
OFF/CHG: 18:1203 CONSPIRACY TO COMMIT HOSTAGE TAKING, HOSTAGE TAKING
         (CTS.1-2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     144 MONTHS
 TERM OF SUPERVISION............:       5 YEARS
 DATE OF OFFENSE................: 07-07-2014




G0002          MORE PAGES TO FOLLOW . . .

REGNO..: 09118-104 NAME: LOUINIS, MOISES


--------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-11-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-16-2016
TOTAL TERM IN EFFECT............:    144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     12 YEARS
EARLIEST DATE OF OFFENSE........: 07-07-2014

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    03-11-2016   11-15-2016

TOTAL PRIOR CREDIT TIME.........: 250
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 621
TOTAL GCT EARNED................: 189
STATUTORY RELEASE DATE PROJECTED: 06-28-2026
ELDERLY OFFENDER TWO THIRDS DATE: 03-11-2024
EXPIRATION FULL TERM DATE.......: 03-10-2028
TIME SERVED.....................:      4 YEARS      6 MONTHS      4 DAYS
PERCENTAGE OF FULL TERM SERVED..:   37.6
PERCENT OF STATUTORY TERM SERVED:   43.8

PROJECTED SATISFACTION DATE.....: 06-28-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 05/18/18 DGCT #3123944 L/ALH.
                3-30-20 FSA GCT UPDT L/KDS




G0002          MORE PAGES TO FOLLOW . . .



Moises Louinis, # 09118-104
Giles W. Dalby Correctional Facility
805 North Avenue F
Post, Texas 79356

OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1205 TEXAS AVENUE, ROOM 209
LUBBOCK, TEXAS 79401

LEGAL MAIL