UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MOISES LOUINIS,<br><br>               Petitioner,<br><br>v.<br><br>MARTIN FRIEND,<br><br>               Respondent. | No. 5:20-CV-00228-H |

## ORDER

Petitioner filed a motion to voluntarily dismiss his complaint. (Dkt. No. 6.) Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. Respondent has been served but has not yet filed an answer in this case.[1] The Court finds that Petitioner's motion serves as a self-executing notice of voluntary dismissal under Rule 41(a).

The Clerk is directed to close this case and terminate any pending motions.

So ordered.

Dated November 20, 2020.

                                                                JAMES WESLEY HENDRIX
                                                                 United States District Judge

---

[1] Respondent did file a response to Petitioner's motion, noting his consent to Petitioner's voluntary dismissal without prejudice. Because Petitioner has dismissed his petition, the case will be closed and the Respondent is relieved of the duty to file an answer or records.